IN THE UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILLIAM PUGH AND MICHA PUGH, <br>     PLAINTIFFS, <br><br> vs. <br><br> STATE FARM LLOYDS, <br>     DEFENDANT. | § § § § § § § § § <br><br> CIVIL ACTION NO. 5:15-CV-934 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(2), Plaintiffs, William Pugh and Micha Pugh, and Defendant State Farm Lloyds file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. The parties respectfully request that the Court dismiss this case with prejudice.

Dated this the __9__ day of ~~April~~ May, 2016.

Respectfully submitted,

KUSTOFF & PHIPPS, LLP

BY: _____
Daniel Kustoff
State Bar No. 11770515
Melanie Phipps Sanders
State Bar No. 24032416
Gabriel A. Rodriguez
State Bar No. 24079675
4103 Parkdale Street
San Antonio, Texas 78229

**And**

JONES, ANDREWS & ORTIZ, P.C.

BY: _____
Ray R. Ortiz
State Bar No. 15324280
Jonathan Law
State Bar No. 24028656
10100 Reunion Place, Suite 600
San Antonio, TX 78216
Tel. (210) 344-3900
Fax (210) 366-4301
**ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS**